IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01990-BNB

SHANE FLOYD ARGETSINGER,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
WARDEN ABBOTT,
MAJOR MAIFIELD,
CAPTAIN HOLDITCH, and
LIEUTENANT HEIDENTHAL,

Defendants.



## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

In response to the Court's September 16, 2008, order directing the clerk to commence this action and granting Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915, Plaintiff submitted to and filed with the Court on September 30, 2008, a motion asking this Court to issue an order directing the Colorado Department of Corrections to make monthly filing fee payments to the Court in this action. The motion is **DENIED**. The September 16 order explains in detail that it is Plaintiff's responsibility to arrange for the monthly filing fee payments or to show cause each month as directed in the September 16 order why he is unable to do so.

Dated: October 2, 2008

Copies of this Minute Order mailed on October 2, 2008, to the following:

Shane Floyd Argetsinger
Prisoner No. 84653
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

Secretary/Deputy Clerk