IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01990-BNB

SHANE FLOYD ARGETSINGER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
WARDEN ABBOTT,
MAJOR MAIFIELD,
CAPTAIN HOLDITCH, and
LIEUTENANT HEIDENTHAL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Response/Receipt of Amended Prisoner Complaint Received by Court," filed with the Court on November 21, 2008, is **GRANTED**. The clerk of the Court is directed to send to Plaintiff a copy of the docket sheet for this case.

    The "Motion for Court to Issue Order for Case Manager to Provide Certified Account Statement, so That Plaintiff Can Comply With Order to Show Cause" also filed with the Court on November 21, 2008, is **DENIED**. First of all, Plaintiff has failed to submit any documentation to the Court indicating that the appropriate prison official is refusing to certify Plaintiff's monthly account statements. Secondly, the September 16, 2008, "Order Directing Clerk to Commence Civil Action and Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" makes clear that in order to show cause that he has no assets and no means by which to make each monthly payment, Plaintiff must submit a current certified copy of his trust fund account statement. Title 28 U.S.C. § 1915 makes clear that the certification must be made by the appropriate official of the prison at which the prisoner is confined. No further order for monthly account statements certified by the appropriate prison official is necessary.

Dated: November 24, 2008

Copy of this **Minute Order and a copy of the Docket Sheet** were mailed on November 24, 2008, to the following:

Shane Floyd Argetsinger
Prisoner No. 84653
San Carlos Correctional Facility
1401 W 13th St.
P.O. Box 3
Pueblo, CO 81002-0003

_____
Secretary/Deputy Clerk