IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01990-PAB-KMT

SHANE FLOYD ARGETSINGER,

    Plaintiff,

v.

BILL RITTER, JR.,
ARISTEDES W. ZAVARAS,
WARDEN JIM ABBOTT,
MAJOR LINDA MAIFIELD,
CAPTAIN HOLDITCH, and
LIEUTENANT HEIDENTHAL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -3 2008

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: December 2, 2008.

BY THE COURT:

s/Philip A. Brimmer
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01990-PAB-KMT

Shane Floyd Argetsinger
Prisoner No. 84653
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

Aristedes Zavaras, Warden Jim Abbott, Major Linda Maifield,
Captain Holditch and Lieutenant Heidenthal, – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Bill Ritter, Jr.

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras, Warden Jim Abbott, Major Linda Maifield, Captain Holditch and Lieutenant Heidenthal; and to the US Marshal Sevice for service of process on Bill Ritter, Jr.; AMENDED COMPLAINT FILED 10/07/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/3/08 .

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk