IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01990–PAB–KMT

SHANE FLOYD ARGETSINGER,

    Plaintiff,

v.

BILL RITTER, JR.,
ARISTEDES W. ZAVARAS,
WARDEN JIM ABBOTT,
MAJOR LINDA MAIFIELD,
CAPTION HOLDITCH, and
LIEUTENANT HEIDENTHAL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Give Replacement Copies of Complaint and Scheduling Order to Plaintiff" (#80, filed September 30, 2009) is GRANTED in part. The Clerk of Court is directed to mail a copy of the Amended Complaint (#9, filed October 7, 2008) and the docket sheet to the plaintiff as soon as is practicable. The Motion is DENIED insofar as it seeks a copy of the Scheduling Order, as such dates have passed and/or been reset.

Defendants' "Motion to Extend Discovery Deadline so as to Permit Deposition of Plaintiff, an Incarcerated Person" (#83, filed October 7, 2009) is GRANTED. The discovery cutoff is extended to November 18, 2009. The dispositive motions deadline is extended to January 20, 2010. The January 5, 2010 Final Pretrial Conference is reset to March 16, 2010 at 9:00 a.m. before Magistrate Judge Kathleen M. Tafoya. Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five days before the final pretrial conference. Attorneys and/or pro se parties not participating in Electronic Case Filing ("ECF") shall submit their proposed Final Pretrial Order on paper to the

Clerk's office. However, if any party is participating in ECF, it is the responsibility of that party to submit the proposed Final Pretrial Order pursuant to the District of Colorado ECF procedures. In accordance with the electronic filing procedures of this Court, the document is to be e-mailed to the Magistrate Judge shall be sent to Tafoya_Chambers@cod.uscourts.gov and shall be sent in a useable format (preferably WordPerfect).

Dated: October 23, 2009