IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01990–PAB–KMT

SHANE FLOYD ARGETSINGER,

    Plaintiff,

v.

BILL RITTER, JR.,
ARISTEDES W. ZAVARAS,
WARDEN JIM ABBOTT,
MAJOR LINDA MAIFIELD,
CAPTION HOLDITCH, and
LIEUTENANT HEIDENTHAL,

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion for Leave to Depose Plaintiff, an Incarcerated Party" (#94, filed November 3, 2009) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are granted leave of court to depose Plaintiff pursuant to any rules and regulations established by the detention facility in which Plaintiff is housed. *See Ashby v. McKenna*, 331 F.3d 1148, 1150–51 (10th Cir. 2003).

Dated: November 6, 2009